```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 MAR 2010
```

Mark N. Mutterperl, Esq.
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212.318.3000
Facsimile: 212.318.3400
mmutterperl@fulbright.com

*Attorneys for Plaintiffs*
*STARBUCKS CORPORATION and*
*STARBUCKS U.S. BRANDS L.L.C.*

Christopher Cole, Esq.
John-Mark Turner, Esq.
SHEEHAN PHINNEY BASS & GREEN, PA
1000 Elm Street
Manchester, New Hampshire 03105
Telephone: (603) 627-8223
Facsimile: (603) 641-2339
ccole@sheehan.com

*Attorneys for Defendant*
*WOLFE'S BOROUGH COFFEE, INC. d/b/a*
*BLACK BEAR MICRO ROASTERY*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARBUCKS CORPORATION, a Washington corporation; and STARBUCKS U.S. BRANDS L.L.C., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WOLFE'S BOROUGH COFFEE, INC., a New Hampshire corporation d/b/a BLACK BEAR MICRO ROASTERY,<br><br>Defendant. | No. 01-CV-5981 (LTS)(THK)<br><br><br>**MEMO ENDORSED** |

### JOINT REPORT TO THE COURT

Pursuant to the Court's January 11, 2010 Order, plaintiffs Starbucks Corporation and Starbucks U.S. Brands L.L.C. (together, "Starbucks") and defendant Wolfe's Borough Coffee, Inc. d/b/a Black Bear Micro Roastery ("Black Bear"), have consulted with each other concerning the need for future proceedings and jointly submit this Report to the Court detailing the parties positions.

55594855.1

The parties have agreed to meet telephonically by March 17, 2010, to discuss settlement of the case, or at least the contours of what each party believes is a possible solution to the dispute. The parties further agree that formal mediation before Magistrate Judge Theodore H. Katz is appropriate and that such mediation shall be conducted in New York, at Magistrate Judge Katz's and the parties' earliest convenience after the March 17, 2010, telephone conference.

In the light of the foregoing, Black Bear respectfully requests permission to attend the March 4, 2010, Status Conference with the Court by telephone. Starbucks does not oppose Black Bear's request.

Respectfully submitted,

Dated:  February 22, 2010

By: _____
Mark N. Mutterperl, Esq.
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212.318.3000
Facsimile: 212.318.3400
mmutterperl@fulbright.com

*Attorneys for Plaintiffs*
*STARBUCKS CORPORATION and*
*STARBUCKS U.S. BRANDS L.L.C.*

Dated:  February 22, 2010

By: _____
Christopher Cole, Esq.
SHEEHAN PHINNEY BASS & GREEN, PA
1000 Elm Street
Manchester, New Hampshire 03105
Telephone: (603) 627-8223
Facsimile: (603) 641-2339
ccole@sheehan.com

*Attorneys for Defendant*
*WOLFE'S BOROUGH COFFEE, INC. d/b/a*
*BLACK BEAR MICRO ROASTERY*

> The request of Black Bear's counsel to participate telephonically in the March 4, 2010, conference is granted. The time of the conference is hereby rescheduled to 11:00AM. This case is hereby designated an ECF case. Counsel must register promptly in accordance with the Court's ECF procedures. This case is hereby reopened.

SO ORDERED.

NEW YORK, NY
Feb 25, 2010

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

55594855.1                                    2